Jeffrey D. Kaliel (CA Bar No. 238293)
Sophia G. Gold (CA Bar No. 307971)
jkaliel@kalielpllc.com
sgold@kalielpllc.com
KALIEL PLLC
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783

Attorneys for Plaintiff
and the Putative Class

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETRA LOPEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.<br><br>Defendant. | CASE NO. 2:18-cv-00291-JAM-AC<br><br>**ORDER ON AMENDED STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL** |

The Court, having reviewed and considered the Stipulation to Continue the Hearing on the Motion to Compel, and good cause appearing, hereby APPROVES the Stipulation and ORDERS that the hearing on Defendant's Motion to Compel shall be continued from July 10, 2018 to September 18, 2018 at 1:30 p.m., and that the briefing schedule on Defendant's Motion to Compel shall be extended as follows:

| | |
|---|---|
| August 21, 2018 | Plaintiff's brief in opposition to Defendant's Motion to Compel |
| September 11, 2018 | Defendant's reply brief in support of Defendant's Motion to Compel |

**IT IS SO ORDERED.**

Dated: May 17, 2018            __/s/ John A. Mendez_____
                                     United States District Court Judge